UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT – HARTFORD

| | |
|---|---|
| In re:  William John Sobota<br>        Debtor | **:** CHAPTER THIRTEEN |
| Computershare Trust Company, N.A., not in its individual capacity<br>but solely as Legal Title Trustee of AO CPO Trust Series 2019-4<br>     and its assigns<br>by its servicing agent Select Portfolio Servicing, Inc. | |
| | **:** Case # **25-21346** |
| Movant | |
| VS. | **:** MOTION NO |
| William John Sobota<br>     Respondent | |
| Roberta Napolitano<br>     Trustee | **:** January 2, 2026 |

**OBJECTION TO DEBTORS' PLAN**

The Movant, **Computershare Trust Company, N.A., not in its individual capacity but solely as Legal Title Trustee of AO CPO Trust Series 2019-4 and its assigns** by Select Portfolio Servicing, Inc., its servicer ("movant") hereby objects to the confirmation of the

Chapter 13 plan proposed by the above captioned Debtor and respectfully represents the following in support hereof:

1. Movant is the holder of a first mortgage on property located at 254 SLATER RD NEW BRITAIN  Connecticut  06053 and owned by the Debtor.

2. Debtor filed a petition for relief under Chapter 13 bankruptcy on December 16, 2025.

3. Movant's loan is due for October 1, 2024 and there is a pending foreclosure action in the New Britain Superior Court identified by Docket No **HHB-CV25-6094189-S.**

4.  Debtor's plan makes no provision for the payment of the arrearage to the Movant nor does the plan indicate that the Debtor is surrendering the property.

4.  Said plan does not adequately protect the interests of the Movant.

WHEREFORE, Movant objects to the confirmation of Debtor's proposed Chapter 13 plan.

By_____/s/ Jessica L. Braus_
Jessica L. Braus
Glass & Braus, LLC
25 Lindbergh Street
Fairfield, CT 06824
Tel 203 371-2133
Fed Bar # ct 00533

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT – HARTFORD

In re:  William John Sobota                                                          : CHAPTER THIRTEEN
        Debtor

Computershare Trust Company, N.A., not in its individual capacity
but solely as Legal Title Trustee of AO CPO Trust Series 2019-4
    and its assigns
by its servicing agent Select Portfolio Servicing, Inc.

                                                                                                      : Case # **25-21346**

    Movant

VS.                                                                                                        : MOTION NO

William John Sobota
    Respondent

Roberta Napolitano
    Trustee                                                                                     :

### PROPOSED ORDER RE:  OBJECTION TO THE DEBTOR'S PLAN

The Court having heard the above captioned objection, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that the Debtor's plan is rejected.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT – HARTFORD

In re:  William John Sobota                                              : CHAPTER THIRTEEN
        Debtor

Computershare Trust Company, N.A., not in its individual capacity
but solely as Legal Title Trustee of AO CPO Trust Series 2019-4
    and its assigns
by its servicing agent Select Portfolio Servicing, Inc.

                                                            : Case # **25-21346**

    Movant

VS.                                                                                      : MOTION NO

William John Sobota
    Respondent

Roberta Napolitano
    Trustee                                                                     : January 2, 2026

CERTIFICATION OF SERVICE OF OBJECTION TO PLAN

    This is to certify that a copy of the OBJECTION TO PLAN has been mailed this 2nd day of January, 2026 to the following parties:

**William John Sobota**
**1 Wolcott Street**
**Wethersfield, CT 06109**

**Christopher H. Thogmartin**
 **chris@thoglaw.com**

**Roberta Napolitano**
**Chapter 13 Trustee**
**10 Columbus Boulevard**
**Ste 6th Floor**
**Hartford, CT 06106**

**U. S. Trustee**
**Office of the U.S. Trustee**
**Giaimo Federal Building**
**150 Court Street, Room 302**
**New Haven, CT 06510**

    */s/ Jessica L. Braus*
Jessica L. Braus